UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS BRANCH,

    Petitioner,

Case No. 1:07-cv-1283

v.

HONORABLE PAUL L. MALONEY

THOMAS G. PHILLIPS,

    Respondent.
_____/

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: April 26, 2010            /s/ Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                             Chief United States District Judge